JUDGE GRIESA                      08 CV 0227

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSBULK SHIPPING LLC,

                Plaintiff,

- against -

POOSHESH PERSIA CO., and
SOCOTHERM SPA a/k/a SOCOTHERM
MIDDLE EAST,

                Defendants.
------------------------------------------------------------X



08 Civ.
ECF CASE

RECEIVED JAN 1 1 2008 U.S.D.C. S.D.N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: January 111, 2008
       New York, NY

                The Plaintiff,
                TRANSBULK SHIPPING LLC

                By: _____
                Charles E. Murphy
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                cem@lenmur.com