CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TRANSBULK SHIPPING LLC,                          :
                                                 :
                                                 :
                            Plaintiff,           :    **08-CV-0227**
                                                 :
                    v.                           :    **NOTICE OF**
                                                 :    **APPEARANCE**
POOSHEESH PERSIA CO., and SOCOTHERM              :
SPA a/k/a SOCOTHERM MIDDLE EAST                  :
                                                 :
                                                 :
                            Defendants.          :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 4, 2008

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

                        By: _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com