UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

| | |
|---|---|
| TRANSBULK SHIPPING LLC, : | |
| Plaintiff, : | 08 Civ. 227 (TPG)<br>ECF Case |
| : | **SOCOTHERM'S CORPORATE** |
| – against – | **DISCLOSURE STATEMENT** |
| : | |
| POOSHESH PERSIA CO. and : | |
| SOCOTHERM SpA a/k/a | |
| SOCOTHERM MIDDLE EAST, : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 7.1, defendant Socotherm S.p.A., appearing specially solely for the purpose of contesting an attachment, discloses that Socotherm S.p.A. is an Italian corporation listed on the Italian Stock Exchange. Socotherm S.p.A. has no parent company and no publicly held corporation holds 10% or more of its stock.

Dated:  New York, New York
        March 3, 2008

_____
Michael O. Ware
  mware@mayerbrown.com
MAYER BROWN LLP
  1675 Broadway
  New York, N.Y. 10019
  (212) 506-2500
*Appearing specially for defendant*
  *Socotherm S.p.A.*