UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| TRANSBULK SHIPPING LLC, | : | |
| | | 08 Civ. 227 (TPG) |
| Plaintiff, | : | ECF Case |
| | : | **NOTICE OF APPEARANCE** |
| – against – | | |
| | : | |
| POOSHESH PERSIA CO. and SOCOTHERM SpA a/k/a SOCOTHERM MIDDLE EAST, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - x

Please enter the appearance of Michael O. Ware, a member of the Bar of this Court, as counsel for defendant Socotherm S.p.A., appearing specially solely for the purpose of contesting an attachment.

Dated: New York, New York
       March 3, 2008

*[signature]*

———————————————
Michael O. Ware
   mware@mayerbrown.com
MAYER BROWN LLP
   1675 Broadway
   New York, N.Y. 10019
   (212) 506-2500
*Appearing specially for defendant*
   *Socotherm S.p.A.*