*NM*

*GR FLM 5:*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/08
```

TRANSBULK SHIPPING LLC,                        :

               Plaintiff,         :

                           :

    – against –                      :

                           :

POOSHESH PERSIA CO. and                        :
SOCOTHERM SpA a/k/a
SOCOTHERM MIDDLE EAST,                        :

             Defendants.       :

- - - - - - - - - - - - - - - - - - x

08 Civ. 227 (TPG)

**STIPULATION AND ORDER**

*Submitted Electronically*

       WHEREAS, by Ex Parte Order for Process of Maritime Attachment (the "Attachment Order") entered pursuant to Admiralty Rule B on January 11, 2008, the Court authorized the service of writs of attachment of property of the named defendants; and,

       WHEREAS, a writ served under the Attachment Order has had the effect of attaching funds of defendant Socotherm S.p.A. in the approximate amount of $67,023.93 in the hands of American Express Bank Ltd. ("Amex Bank"); and,

       WHEREAS, plaintiff is willing to see the attached funds released to Socotherm S.p.A.,

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and Socotherm S.p.A., the latter appearing specially solely for the purpose of contesting the attachment, subject to the approval of the Court, as follows:

1.    The funds held by Amex Bank should be returned to Socotherm S.p.A.
If it is impractical for Amex Bank to return the funds to the account from which they
originated, Amex Bank should make alternate arrangements through counsel for Socotherm
S.p.A.;

2.    Entry into this stipulation does not waive any defense of Socotherm
S.p.A. or SME, and they need not answer the complaint pending further order.

Dated:   New York, New York
         March  3 , 2008



Charles E. Murphy
  cem@lenmur.com
LENNON, MURPHY & LENNON, LLC
  The GrayBar Building
  420 Lexington Ave., Suite 300
  New York, N.Y. 10170
  (212) 490-6050
Attorneys for plaintiff



Michael O. Ware
  mware@mayerbrown.com
MAYER BROWN LLP
  1675 Broadway
  New York, N.Y. 10019
  (212) 506-2500
Appearing specially for defendant
  Socotherm S.p.A. and Socotherm
  Middle East FZCo.

2

SO ORDERED, at New York, N.Y.,

March ⌐| , 2008:

_____

Hon. THOMAS P. GRIESA
Senior United States District Judge