UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
TRANSBULK SHIPPING LLC,

          Plaintiff,

- against -

POOSHESH PERSIA CO. and
SOCOTHERM SpA a/k/a
SOCOTHERM MIDDLE EAST,

          Defendants.
- - - - - - - - - - - - - - - - - - x

08 Civ. 227 (TPG)

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**
*Submitted Electronically*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

      IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed. R. Civ. P. 41(a) this action be dismissed without prejudice as against only defendant Socotherm S.p.A. s/h/a "Socotherm SpA a/k/a Socotherm Middle East." The action against defendant Pooshesh Persia Co. shall continue.

Dated:    New York, New York
           March 31, 2008

_____
Charles E. Murphy
  *cem@lenmur.com*
LENNON, MURPHY & LENNON, LLC
  The GrayBar Building
  420 Lexington Ave., Suite 300
  New York, N.Y. 10170
  (212) 490-6050
*Attorneys for plaintiff*

_____
Michael O. Ware
  *mware@mayerbrown.com*
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2500
*Appearing specially for defendant Socotherm S.p.A.*

SO ORDERED, at New York, N.Y.,
April __4__, 2008:

_____
Hon. THOMAS P. GRIESA
Senior United States District Judge