**Lennon, Murphy & Lennon, LLC**

August 14, 2008

**MEMO ENDORSED**

*Via Hand Delivery*
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007-1581

RECEIVED AUG 14 2008 CHAMBERS OF JUDGE GRIESA

Re: **Transbulk Shipping LLC v. Pooshesh Persia Co.**
Docket #: 08 Civ. 00227 (TPG)
Our Ref: 08-1337

Dear Judge Griesa:

We write to provide the Court with the status of the above-captioned case.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On January 11, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants', Pooshesh Persia Co. ("Pooshesh") and Socotherm S.p.A. ("Socotherm"), property in the hands of garnishee banks located within the Southern District of New York. On or about April 7, 2008, a stipulation of order and partial dismissal was entered dismissing Socotherm, without prejudice. The action as against Pooshesh continues.

Pooshesh has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Pooshesh's property has been restrained in the district.

As Pooshesh has not appeared and no funds have been attached, we respectfully request an additional ninety (90) days during which time we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over Pooshesh.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

Respectfully submitted,

Anne C. LeVasseur / MEM

Anne C. LeVasseur (AL3333)

ACL/bhs

Approved. So ordered.
Thomas P. Griesa  8/15/08
JSDJ